AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

┌─────────────────────────────────────────┐
│ **OFFENSE CHARGED** │
│ PLEASE SEE ATTACHMENT │
│                          ☐ Petty │
│                          ☐ Minor │
│                          ☐ Misde- │
│                            meanor │
│                          ☑ Felony │
│ PENALTY: │
│ PLEASE SEE ATTACHMENT │
└─────────────────────────────────────────┘

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ HIEU T. THAI,

**DISTRICT COURT NUMBER**

CR 07 0470 CW

---

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
ICE-DHS and DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  KESLIE STEWART, AUSA

---

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

From Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No    } If "Yes" give date filed

**DATE OF ARREST**    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## ATTACHMENT TO HIEU T. THAI  PENALTY SHEET

VIOLATIONS: 21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute and Distribute MDMA (Ecstasy); 21 U.S.C. § 841(a) – Possession with Intent to Distribute and Distribution of MDMA (Ecstasy); 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition


PENALTIES:  21 U.S.C. § 846 and 21 U.S.C. § 841(a): 20 years imprisonment; $1 million fine; 3 years supervised release; $100 Special Assessment;
18 U.S.C. § 922(g)(1): imprisonment 10 years; 3 years supervised release; $250,000 fine; $100 Special Assessment

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
### VENUE: OAKLAND

CR 07    0470    CW

## UNITED STATES OF AMERICA,

## V.

HIEU T. THAI,

DEFENDANT.

# INDICTMENT

VIOLATIONS:
21 U.S.C. § 846 – Conspiracy to Possess with Intent to
Distribute and Distribute MDMA (Ecstasy);
21 U.S.C. § 841(a) – Possession with Intent to Distribute
and Distribution of MDMA (Ecstasy);
18 U.S.C. § 922(g)(1) – Felon in Possession of
Ammunition

A true bill.

_____
Foreman

Filed in open court this _19th_ day of
_July, 2007_

_____
Clerk

Bail, $_____

No Process    7/19/07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED

07 JUL 19 PM 4:43

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND, CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,  **CR  07  0470  CW**

      Plaintiff,      )
                   )   VIOLATIONS:
   v.              )   21 U.S.C. § 846 – Conspiracy to Possess
                   )   with Intent to Distribute and Distribute
                   )   MDMA (Ecstasy); 21 U.S.C. § 841(a) –
HIEU T. THAI,        )   Possession with Intent to Distribute and
                   )   Distribution of MDMA (Ecstasy); 18 U.S.C.
                   )   § 922(g)(1) – Felon in Possession of
      Defendant.     )   Ammunition
                   )
_____)   OAKLAND VENUE

### I N D I C T M E N T

The Grand Jury charges:

COUNT ONE: (Title 21, United States Code, Section 846)

      Beginning at a time unknown to the grand jury, but no later than May 2007, and

continuing to on or about June 5, 2007, in the Northern District of California, the defendant,

                       HIEU T. THAI,

did knowingly and intentionally conspire with others to distribute and possess with the intent to

distribute a Schedule I controlled substance, namely: 3,4-methylenedioxy amphetamine,

commonly known as "ecstasy," in violation of Title 21, United States Code, Sections 841(a)(1)

and (b)(1)(C), all in violation of Title 21, United States Code, Section 846.

INDICTMENT

Document No.

District Court
Criminal Case Processing

COUNT TWO: (Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C))

Beginning at a time unknown to the grand jury, but no later than May 2007, and continuing to on or about June 5, 2007, in the Northern District of California, the defendant,

HIEU T. THAI,

did knowingly and intentionally distribute and possess with the intent to distribute a Schedule I controlled substance, namely: 3,4-methylenedioxy amphetamine, commonly known as "ecstasy," in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

COUNT THREE: (Title 18, United States Code, Section 922(g)(1))

On or about June 5, 2007, in the Northern District of California, the defendant,

HIEU T.THAI,

after having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess ammunition, specifically six rounds of .22 caliber, Winchester Super-X ammunition, all in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

DATED:

July 19, 2007

A TRUE BILL.

FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

STEPHEN CORRIGAN
Acting Chief, Oakland Office

(Approved as to form: AUSA STEWART )

INDICTMENT                2