**FEDERAL PUBLIC DEFENDER**
NORTHERN DISTRICT OF CALIFORNIA
555 - 12TH STREET
SUITE 650
OAKLAND, CA 94607-3627

**BARRY J. PORTMAN**
*Federal Public Defender*

Telephone (510) 637-3500
Fax (510) 637-3507

August 9, 2007

The Hon. Wayne D. Brazil
U.S. Magistrate Judge
Northern District of California
1301 Clay Street
Oakland, CA 94612

    Re:    *U.S. v. Hieu Thai,* CR 07-470-CW (WDB)
           Request to add matter to calendar on August 10, 2007

Your Honor:

    I am writing to request that the above-captioned matter be added to the Court's calendar on Friday, August 10, 2007, for submission of defendant's financial affidavit.

    Mr. Thai requires the assistance of a Vietnamese language interpreter, and we understand that an interpreter will be available tomorrow morning after an appearance before Judge Jensen.

    We appreciate the Court's assistance with this matter..

                                  Sincerely,

                                  BARRY J. PORTMAN
                                  Federal Public Defender

                                  /S/
                                  HILARY A. FOX
                                  Assistant Federal Public Defender

HAF
cc:    Keslie Stewart, AUSA (Oak)