UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Raynee Mercado**
**Date: 8/15/07**

**Plaintiff:**  United States

**v.**                                                              **No.**  CR-07-00470 CW

**Defendant:**  Heiu Thai (present)

**Appearances for Plaintiff:**
Keslie Stewart

**Appearances for Defendant:**
Hilary Fox

**Interpreter:**
Ha T. To (Vietnamese)

**Probation Officer:**


**Speedy Trial Date:**


**Hearing:  Trial Setting**

**Notes:**    This was the defendant's initial appearance before District Judge.  Defense has received additional discovery in the last few days and needs to review discovery.  Defense now has all discovery that is in the government's possession, but there could be additional discovery re laptop computer.  **Case continued to 9/19/07 at 2:30 p.m. for disposition or motions setting or trial setting.**  Defense to have all discovery by 9/19 and know by that time what motions she may be filing.  Time excluded for continuity of counsel and for effective preparation.

Copies to: Chambers