UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Raynee Mercado**
**Date: 9/19/07**

**Plaintiff:** United States

**v.**  **No.** CR-07-00470 CW

**Defendant:** Heiu Thai (present - interpreter used)

**Appearances for Plaintiff:**
Keslie Stewart

**Appearances for Defendant:**
Hilary Fox

**Interpreter:**
Hong Ha (Vietnamese)

**Probation Officer:**

**Speedy Trial Date:**

**Hearing:  Motions Setting or Disposition or Trial Setting**

**Notes:**    Government has provided additional discovery to defense; defendant now faces additional charge.  Defendant has motions to file.  Defense to file motions by 10/10/07; government's opposition due 10/24/07; and any reply by defense due 11/7/07.  **Hearing on motions set for 11/14/07 at 2:30 p.m.**  Time excluded up to filing of motions based on effective preparation.  If no motions filed, counsel will need to advance the case on calendar.

Copies to: Chambers