**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOV 1 4 2007

Criminal Minute Order

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

The Honorable Claudia Wilken, Presiding
Clerk: Ivy Garcia for Sheilah Cahill
Court Reporter: Mary Richardson - pro tem
Date: 11/14/07

Plaintiff:  United States

v.                                                         **No.**  CR-07-00470 CW

Defendant:  Heiu Thai (present - interpreter used)


Appearances for Plaintiff:
Keslie Stewart

Appearances for Defendant:
Hilary Fox

Interpreter:
Hong Ha (Vietnamese)

Probation Officer:


Speedy Trial Date:


Hearing:  Motions Hearing NOT HELD, Status HELD

**Notes:**      No motions were filed by the defendant. The defendant's
atty. told Court that the parties have been discussing the resolution
of this case.  Settlement proposal has been exchanged. The defendant's
atty. needs to do additional investigations. The defendant's atty.
asked the Court for a continuance - without objection from the
government's atty., request GRANTED. Time excluded between now and
until 12/5/07 for effective preparation of counsel.  **Further Status or
Disposition or Trial Setting set on 12/5/07 at 2:30 p.m.**


Copies to: Chambers