1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 - 12th Street, Ste. 650
   Oakland, California 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant THAI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-00470 CW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| v. | ) ) | |
| HEIU THAI, | ) ) | Date: December 5, 20067 Time: 2:30 p.m. |
| Defendant. | ) ) ) | Court: Hon. Claudia Wilken U.S. District Court |

This matter is currently scheduled for a status hearing on Wednesday, December 5, 2007, at 2:30. The parties jointly request that this hearing date be continued to the new date of January 23, 2008, at 2:30 p.m. At this time, defendant is still completing additional investigation regarding Mr. Thai's role in the charged offense. In addition, the parties are in negotiations regarding possible resolution. Defendant requires this additional time to complete the pending investigation. Also, during this time defense counsel will be out of the office and unavailable for two weeks.

The parties further stipulate and agree that the time between December 5, 2007, and January 23, 2008 should be excluded under the Speedy Trial Act to afford the defendant the reasonable time necessary for effective preparation, and for continuity of counsel. 18 U.S.C. §3161(h)(8)(A) and (b)(iv).

- 1 -

SO STIPULATED.

Dated:       December 3, 2007                    /S/
                                                 _____
                                                 HILARY A. FOX
                                                 Attorney for Defendant Thai

SO STIPULATED.

Dated:       December 3, 2007                    /S/
                                                 _____
                                                 KESLIE STEWART
                                                 Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is hereby ORDERED that the hearing currently set for Wednesday, December 5, 2007, at 2:30 p.m. is continued to Wednesday, January 3, 2008, at 2:30 p.m. in the Federal Courthouse in Oakland, California. The Court further finds that the period from December 5, 2007 through January 23, 2008, shall be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (b)(iv), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court finds, based on the stipulation of the parties, that the continuance is necessary to afford the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel.

IT IS SO ORDERED.

        4
Dated: _____ , 2007                     _____
                                                 CLAUDIA WILKEN
                                                 United States District Court