UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Diane Skillman**
**Date: 1/23/08**

**Plaintiff:** United States

**v.**                                                                 **No.** CR-07-00470 CW

**Defendant:** Heiu Thai (not present)

**Appearances for Plaintiff:**
James Mann for Keslie Stewart

**Appearances for Defendant:**
Hilary Fox

**Interpreter:**
Hong Ha (Vietnamese)

**Probation Officer:**

**Speedy Trial Date:**

**Hearing:  Disposition or Trial Setting**

**Notes:**    Defendant not present.  Defendant's appearance is waived.
**Case continued to 1/30/08 at 2:30 p.m. for change of plea.**

Copies to: Chambers