UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 1/30/08

**Plaintiff:**   United States

**v.**                                                            **No.**   CR-07-00470 CW

**Defendant:**   Heiu Thai (present - interpreter used)

**Appearances for Plaintiff:**
Keslie Stewart

**Appearances for Defendant:**
Hilary Fox

**Interpreter:**
Hong Ha (Vietnamese)

**Probation Officer:**


**Speedy Trial Date:**


**Hearing:   Disposition**

**Notes:**    Defense has discussed 2 possible dispositions with government and defendant.  **Case continued to 2/8/08 at 2:30 p.m. for disposition.**  No need to exclude time.

Copies to: Chambers