SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED
FEB - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
07 JUL 19 PM 4: 43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07 0470 CW |
| Plaintiff, | VIOLATIONS: 21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute and Distribute MDMA (Ecstasy); 21 U.S.C. § 841(a) – Possession with Intent to Distribute and Distribution of MDMA (Ecstasy); 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition |
| v. | |
| HIEU T. THAI, | |
| Defendant. | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (Title 21, United States Code, Section 846)

Beginning at a time unknown to the grand jury, but no later than May 2007, and continuing to on or about June 5, 2007, in the Northern District of California, the defendant,

HIEU T. THAI,

did knowingly and intentionally conspire with others to distribute and possess with the intent to distribute a Schedule I controlled substance, namely: 3,4-methylenedioxymethamphetamine, commonly known as "ecstasy," in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), all in violation of Title 21, United States Code, Section 846.

INDICTMENT

COUNT TWO: (Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C))

Beginning at a time unknown to the grand jury, but no later than May 2007, and continuing to on or about June 5, 2007, in the Northern District of California, the defendant,

HIEU T. THAI,

did knowingly and intentionally distribute and possess with the intent to distribute a Schedule I controlled substance, namely: 3,4-methylenedioxy amphetamine, commonly known as "ecstasy," in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(C).

COUNT THREE: (Title 18, United States Code, Section 922(g)(1))

On or about June 5, 2007, in the Northern District of California, the defendant,

HIEU T. THAI,

after having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess ammunition, specifically six rounds of .22 caliber, Winchester Super-X ammunition, all in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

DATED:

July 19, 2007

A TRUE BILL.

FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

STEPHEN CORRIGAN
Acting Chief, Oakland Office

(Approved as to form: AUSA STEWART)

INDICTMENT                                              2