UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Starr Wilson, pro tem
**Date:** 2/8/08

**FILED**

FEB - 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Plaintiff:** United States

**v.**                                   **No.** CR-07-00470 CW

**Defendant:** Heiu Thai (present - interpreter used)


**Appearances for Plaintiff:**
Keslie Stewart

**Appearances for Defendant:**
Hilary Fox

**Interpreter:**
Hong Ha (Vietnamese)

**Probation Officer:**


**Speedy Trial Date:**


**Hearing:   Change of Plea**

**Notes:**     Defendant enters under oath Rule 11(c)(1)(A) and (B) plea of guilty to Counts One and Three of the Indictment charging conspiracy to posses with the intent to distribute and to distribute methylenedioxymethamphetamine (MDMA/estasy) in violation of 21 USC 846 and being a felon in possession of ammunition in violation of 18 USC 922(g)(1). Court corrects spelling of drug in indictment pursuant to the agreement of counsel. Plea Agreement filed. Counts finds factual basis for plea; Court accept plea. PSR requested. Government orally moves for mandatory remand pursuant to 18 USC 3143(a)(2). Motion granted in part. Defendant to self-surrender on 3/10/08. **Judgment and sentencing set for 4/30/08 at 2:00 p.m.**

Copies to: Chambers; probation; U.S. Marshal