UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

FEB - 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case Number: CR-07-00470 CW

Defendant's Name: Hein Thai

Defense Counsel: Hilary Fox, AFPD

Referral Date: 2/8/08

Sentencing Date: 4/30/08 @ 2:00 p.m.

**NOTICE TO DEFENSE COUNSEL**

The Court has directed that a

__X__ Presentence Investigation

_____ Pre-Plea Report

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: __SHEILAH CAHILL__
Deputy Clerk

for use of Courtroom Deputies:

Is defendant in custody: No    ) (defendant to self surrender on 3/10/08)

Is defendant English-speaking? No    ) Vietnamese

cc: U. S. Probation