IN THE UNITED STATES DISTRICT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
* * * * * *

UNITED STATES OF AMERICA,            )
                                     )
                    Plaintiff,       )     Case No. CR 07-00470 CW
                                     )
vs                                   )
                                     )
Heiu Thai                            )
                                     )     ORDER FOR
                                     )     VOLUNTARY SURRENDER
                    Defendant.       )
                                     )
_____)

FILED
FEB - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

        Pursuant to the Court's granting the government's motion for mandatory remand pending sentencing, Defendant has requested permission to report voluntarily, at defendant's own expense. Accordingly,

        IT IS HEREBY ORDERED THAT:

        (1)  Defendant shall remain at large on Defendant's present cognizance.

        (2)  Defendant shall immediately report to the United States Marshal's Office, Room 150C, 1301 Clay Street, Oakland, California, for further instructions, which Defendant shall follow precisely.

        (3)  As notified by the United States Marshal, the Defendant shall report to the federal institution designated by the Bureau of Prisons **on or before 2:00 p.m. on** _March 10, 2008_. If there has been no designation made prior to the surrender date, then the Defendant is to report to the above office of the United States Marshal by 2:00 p.m. on the surrender date.

        (4)  Any failure by Defendant to obey all requirements of this order shall be punishable as a contempt.

        <u>FAILURE TO APPEAR</u> as required in this Order constitutes a separate offense, a violation of Section 3146 of Title 18, United States Code, and is punishable by additional imprisonment of up to five years.

Dated: 2/8/08

                                        _____
                                        CLAUDIA WILKEN
                                        United States District Judge

cc:   U.S. Marshal
      AUSA
      Defense Attorney
      Defendant
      Pretrial Services
      U.S. Probation