BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 - 12th Street, Ste. 650
Oakland, California  94607-3627
Telephone:  (510) 637-3500
Counsel for Defendant THAI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00470 CW |
| ) | |
| Plaintiff, ) | STIPULATION AND] ORDER RE: |
| ) | SURRENDER DATE |
| v. ) | |
| ) | |
| HIEU THAI, ) | |
| ) | |
| Defendant. ) | |

    This Court has ordered defendant Hieu Thai to surrender to the U.S. Marshals or the designated Bureau of Prisons facility on March 10, 2008 by 2:00 p.m.  Mr. Thai has remained out of custody until this time to afford defendant time to complete a psychiatric evaluation.  Due to scheduling issues with the psychiatrist and Vietnamese interpreter, Mr. Thai's interview has not yet been completed but could be accomplished on March 13, 2008.  The government does not object to extending Mr. Thai's surrender date by four days to enable defendant to complete this evaluation.  Therefore, the parties stipulate and agree that the date for Mr. Thai's surrender to the U.S. Marshals or the designated Bureau of Prisons facility should be continued until Friday, March 14, 2008, at 2:00 p.m.

SO STIPULATED.

Dated:       March 7, 2008                              /S/

                                            KESLIE STEWART
                                            Assistant United States Attorney

1 | SO STIPULATED.

2 | Dated:    March 7, 2008            /S/

3 |                                              HILARY A. FOX
                                                 Attorney for Defendant Thai

4 |

5 |                          SIGNATURE ATTESTATION

6 | I hereby attest that I have on file all holograph signatures for any signatures indicated by

7 | a "conformed" signature (/S/) within this e-filed document.

8 |

9 |

10 |                                  **ORDER**

11 | Good cause appearing therefore, and pursuant to the stipulation of the parties, it is hereby

12 | ORDERED the Court's previous Order for Voluntary Surrender, dated February 8, 2008, is modified

13 | to the extent that the date for Mr. Thai's surrender to the U.S. Marshals or the designated Bureau of

14 | Prisons facility is continued until Friday, March 14, 2008, at 2:00 p.m.

15 | IT IS SO ORDERED.

16 | Dated:  3/10  , 2007

17 |                                              CLAUDIA WILKEN
                                                 United States District Court

- 2 -