BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, California 94607-3627
Telephone (510) 637-3500

Counsel for Defendant HEIU THAI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Nos. CR 07-00470 CW |
|---|---|---|
| Plaintiff, | ) | NOTICE OF ATTORNEY APPEARANCE |
| vs. | ) | |
| HEIU THAI, | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The Federal Public Defender was previously appointed as counsel for defendant in the above-captioned action. Pursuant to Criminal Local Rule 44-2(a), undersigned counsel, Assistant Federal Public Defender Colleen Martin, enters her general appearance for defendant in this case. Counsel's contact information is listed above.

Dated: March 20, 2008

                              Respectfully submitted,

                              BARRY J. PORTMAN
                              Federal Public Defender

                              /S/

                              COLLEEN MARTIN
                              Assistant Federal Public Defender