1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 - 12th Street, Ste. 650
   Oakland, California 94607-3627
4  Telephone: (510) 637-3500
   Counsel for Defendant THAI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-00470 CW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER RE: SENTENCING DATE |
| v. | ) | |
| HIEU THAI, | ) | |
| Defendant. | ) | |

Defendant Hieu Thai has been set for sentencing on April 30, 2008 at 2:00 p.m. Assistant Federal Public Defender Colleen Martin is being substituted as counsel for former Assistant Federal Public Defender Hilary Fox. In order to allow new counsel to become familiar with this case, and in order to allow a psychiatric evaluation to be completed, the parties believe a continuance is required. The parties agree to continue this matter to June 11, 2008.

Because the psychiatric evaluation may be relevant to issues addressed in the Presentence Report, the parties further agree that the Probation Office's deadlines for the draft and final Presentence Report should be based on the new sentencing date of June 11, 2008.

United States Probation Officer Connie Cook has no objection to this continuance.

//

//

//

- 1 -

SO STIPULATED.

Dated:    March 20, 2008                              /S/
                                                      _____
                                                      KESLIE STEWART
                                                      Assistant United States Attorney

SO STIPULATED.

Dated:    March 20, 2008                              /S/
                                                      _____
                                                      COLLEEN MARTIN
                                                      Attorney for Defendant Thai

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## **ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is hereby ORDERED that sentencing in this matter is continued to June 11, 2008 at 2:00 p.m. It is further ordered that the Probation Office's deadlines for the draft and final Presentence Report are to be based on the new sentencing date of June 11, 2008.

IT IS SO ORDERED.

Dated: _____ , 2008                           _____
                                                      CLAUDIA WILKEN
                                                      United States District Court