1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street, Ste. 650
   Oakland, California 94607-3627
4  Telephone: (510) 637-3500
   Counsel for Defendant THAI
5

6
                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,           )   No. CR 07-00470 CW
10                                     )
                  Plaintiff,           )
11                                     )   PROOF OF SERVICE
   v.                                  )
12                                     )
   HIEU THAI,                          )
13                                     )
                  Defendant.           )
14 _____)

15      The undersigned hereby certifies under penalty of perjury that

16 true copies of:

17 **APPLICATION TO FILE SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD
   DEPARTURE UNDER SEAL, [PROPOSED] SEALING ORDER, SENTENCING
18 MEMORANDUM AND MOTION FOR DOWNWARD DEPARTURE**

19
   were hand delivered to:
20

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

*U.S. v. Thai*, CR 07-470 CW
Proof of Service

1  JOSEPH RUSSONIELLO
   UNITED STATES ATTORNEY
2  1301 Clay Street, Suite 320S
   Oakland, California  94612
3
   ATTN:  AUSA Keslie Stewart
4

5

   UNITED STATES PROBATION
6  1301 Clay Street, Suite 220S
   Oakland, California  94612
7
   ATTN:  USPO Constance Cook
8

9  Dated: June 5, 2008

10

11                                  

12                                  _____
                                    TONY JAVAN
13

*U.S. v. Thai*, CR 07-470 CW
Proof of Service                                    - 1 -