1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street, Ste. 650
   Oakland, California 94607-3627
4  Telephone: (510) 637-3500
   Counsel for Defendant THAI

**ORIGINAL**

**RECEIVED**
JUN - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
JUN - 9 2008
RICHARD W. WIEKING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HIEU THAI,<br><br>Defendant. | No. CR 07-00470 CW<br><br>[PROPOSED] SEALING ORDER<br><br>Date: June 11, 2008<br>Time: 2:00 p.m.<br>Courtroom: Honorable Claudia Wilken |

Upon application of the defendant and for good cause shown, the following documents are hereby placed under seal: Application to File Sentencing Memorandum and Motion for Downward Departure under Seal and Sentencing Memorandum and Motion for Downward Departure (including Exhibits).

IT IS SO ORDERED.

Dated: JUN - 9 2008

_____
CLAUDIA WILKEN
United States District Judge

*U.S. v. Thai*, CR 07-470 CW
[PROPOSED] Sealing Order